CRAIG THOR KIMMEL
Attorney ID No. 662924
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GARRETT TRAYLOR, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:21-cv-10150-NMG |
| v. | § § | |
| CARGUARD ADMINISTRATION, INC. et al, | § § § § | |
| Defendant. | § § § § | |

STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| /s/ *Robert M. Shaw* | /s/ *Craig Thor Kimmel* |
|---|---|
| Robert M. Shaw | Craig Thor Kimmel Esq. |
| Holland & Knight (B) | Kimmel & Silverman, P.C. |
| 10 St. James Avenue | 30 East Butler Pike |
| 11th Flr. | Ambler, PA 19002 |
| Boston, MA 02116 | Phone: (215) 540-8888 |
| 617-305-2018 | Fax: (215) 540-8817 |
| Email: robert.shaw@hklaw.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: April 6, 2021 | Date: April 6, 2021 |

## CERTIFICATE OF SERVICE

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Robert M. Shaw
Holland & Knight (B)
10 St. James Avenue
11th Flr.
Boston, MA 02116
617-305-2018
Email: robert.shaw@hklaw.com
Attorney for the Defendant

DATED:  April 6, 2021           /s/ *Craig Thor Kimmel*
                                Craig Thor Kimmel Esq.
                                Kimmel & Silverman, P.C.
                                30 East Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Fax: (215) 540-8817
                                Email: kimmel@creditlaw.com
                                Attorney for the Plaintiff